

# Fourth Court of Appeals
## San Antonio, Texas

October 13, 2020

No. 04-20-00315-CV

Diamandina **GUERRA**,
Appellant

v.

Monica **GARZA**, Individually and El Tigre Food Stores,
Appellee

From the 381st Judicial District Court, Starr County, Texas
Trial Court No. DC-17-35
Honorable Jose Luis Garza, Judge Presiding

# O R D E R

On August 31, 2020, we ordered appellant to show cause why this appeal should not be dismissed for lack of jurisdiction because it appeared that the trial court may not have rendered a final judgment or an appealable interlocutory order. On September 24, 2020, appellant filed a letter and attached an "Order Confirming Arbitration Award and Final Judgment," which was signed by the trial court on September 16, 2020. Appellant, however, has not caused a supplemental clerk's record containing the trial court's order to be filed in our court. Accordingly, we RETAIN this appeal on our docket and ORDER appellant to cause a supplemental clerk's record containing the trial court's September 16, 2020 order to be filed in our court **within fifteen days** of this order. If appellants fail to cause a supplemental clerk's record to be filed within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

It is further ORDERED that appellant must file an amended brief **within fifteen days** from the date the supplemental clerk's record is filed with our court. Appellant is reminded that her brief must include appropriate citations to the clerk's record. *See id.* R. 38.1(g), (i).

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of October, 2020.



Michael A. Cruz,
Clerk of Court